ACCEPTED
04-17-00409-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/25/2017 10:21 AM

## NO. 04-17-00409-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/25/2017 10:21:34 AM
KEITH E. HOTTLE
CLERK

## IN THE FOURTH COURT OF APPEALS
## SAN ANTONIO, TEXAS

**Samuel Dodson**
Appellant

**vs.**

**Benito Munoz d/b/a B M Transport, Erik Munoz, and David Henry Owens**
Appellees
And

**American Interstate Insurance Company**

On appeal from Cause No. 16-0367-CV
25th Judicial District Court of Guadalupe County, Texas
Honorable William D. Old III., Presiding Judge

## UNOPPOSED MOTION FOR EXTENSION OF
## TIME TO FILE BRIEF OF APPELLEE

Samuel Dodson ("Appellant") respectfully moves this Court for an unopposed extension of time to file Appellant's brief in the above-styled appeal as follows:

1.    This is an appeal from the Trial Court's take nothing judgment in favor of Appellees Benito Munoz d/b/a B M Transport, Erik Munoz, and David Henry Owens and against Appellant. Appellant timely filed his notice of appeal.

1

2. Specifically, Appellant respectfully requests that the Court extend the current deadline for filing Appellant's brief by 30 days from October 2, 2017 to November 1, 2017 because of scheduling conflicts with the current briefing schedule. TEX. R. APP. P. 38.6(d). Appellant's counsel has a trial setting on October 2, 2017 in Nueces County Court at Law No. 3.

3. This is Appellant's first request for an extension of time to file Appellant's brief.

4. Appellant requests this extension in the interests of justice and fairness and not because of any failure of Appellant or his counsel to comply with the Texas Rules of Appellate Procedure. Submission of this case will not be unduly delayed by the granting of this request.

5. Appellee has agreed with this requested relief.

THEREFORE, Appellant respectfully prays the Court grant his extension of time to file Appellant's brief, through and including November 1, 2017, and grant him all such other and further relief as this Court deems just.

Respectfully submitted,

LAW OFFICES OF THOMAS J. HENRY

Bernardo S. Gonzalez
State Bar No. 08124100
521 Starr Street

2

Corpus Christi, Texas, 78401
Telephone: (361) 985-0600
Fax: (361) 985-0601
Email:bgonzalez-svc@tjhlaw.com
**Counsel for Appellant Samuel Dodson**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Appellees, Benito Munoz

d/b/a B M Transport, Erik Munoz, and David Henry Owens; and counsel for

American Interstate Insurance Company and was advised by email that they do

not oppose this requested extension of time.

Bernardo S. Gonzalez

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of this Motion on the counsel of record listed below via e-filing on this 25th day of September 2017.


Dan Pozza
Pozza & Whyte, PLLC
239 East Commerce Street
San Antonio, TX 78205
Phone:(210) 287-9068
Fax: (210) 222-8477
Larry J. Goldman
Goldman & Associates
10100 Reunion Place, Suite 800
San Antonio, Texas 78216
Phone: (210) 340-9800
Fax: (210) 340-9888
ATTORNEYS FOR APPELLEES

Brent L. Watkins
Krystal Elaine Riley
SKELTON SLUSHER BARNHILL WATKINS WELLS, PLLC
1616 S. Chestnut St.
Lufkin, Texas 75901
Phone: (936) 632-2300
Fax: (936) 632-6545
ATTORNEYS FOR AMERICAN INTERSTATE INSURANCE COMPANY

Bernardo S. Gonzalez